William H. Mills, for appellant.

Charles M. Ferguson, District Attorney, David H. Moseley, Assistant District Attorney, for appellee.

## 46942. GULFSTREAM AEROSPACE CORPORATION v. MAYACAMAS CORPORATION.
(385 SE2d 412)

PER CURIAM.

After plenary consideration of this matter (*Mayacamas Corp. v. Gulfstream Aerospace Corp.*, 190 Ga. App. 892 (380 SE2d 303) (1989)), it is found not to satisfy the criteria for the grant of certiorari, and the writ is therefore vacated.

*All the Justices concur.*

DECIDED SEPTEMBER 11, 1989 —
RECONSIDERATION DENIED OCTOBER 4, 1989.

Adams, Gardner, Ellis, Inglesby & Falligant, Brent J. Savage, Thomas R. Nash, Jr., for appellant.

Oliver, Maner & Gray, James L. Pannell, Wendy Woods Williamson, for appellee.